# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

MELANIE HAWES,

    Plaintiff,

v.                              CASE NO. 5:11-cv-00337-MP-CAS

CAROLYN COLVIN,[1]
Acting Commissioner of Social Security,

    Defendant.

_____/

## O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated February 19, 2013. (Doc. 14). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The time for filing objections has passed, and none have been filed.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.    The final determination of the Commissioner of Social Security denying plaintiff's applications for Disability Insurance Benefits and Supplemental

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Michael J. Astrue as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

Security Income is AFFIRMED.

**DONE AND ORDERED** this _25th_  day of March, 2013

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge